No opinion. Judgment affirmed, with costs. Order filed.

In re SCHLESINGER. (Supreme Court, Appellate Division, First Department. December 19, 1913.) In the matter of Abraham Schlesinger, deceased. No opinion. Decree affirmed, with costs. Order filed.

SCHRAGGER, Appellant, v. REIBEN, Respondent. (Supreme Court, Appellate Division, Second Department. November 28, 1913.) Action by Annie Schragger, as mother and as general guardian of Florence Reiben, against Adolph P. Reiben. No opinion. Judgment affirmed, without costs.

SCHREYER, Appellant, v. DEERING, Respondent. (Supreme Court, Appellate Division, First Department. December 31, 1913.) Action by John F. Schreyer against James A. Deering. R. Robeson, of New York City, for appellant. J. R. Deering, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

SCHULTZE v. HUTTLINGER. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by Walter Schultze against Oscar Huttlinger. No opinion. Motion denied, with $10 costs. Order filed. See, also, 144 N. Y. Supp. 449.

SCHWABE et al. v. HERZOG. (Supreme Court, Appellate Division, First Department. November 28, 1913.) Appeal from Special Term, New York County. Action by Alfred J. Schwabe and another, formerly copartners doing business as Alfred J. Schwabe & Co., against Aladar Walter Herzog. From an order granting judgment for plaintiffs on the pleadings, defendant appeals. Affirmed. See, also, 157 App. Div. 672, 142 N. Y. Supp. 652. Barnett L. Hollander, of New York City, for appellant. Theodore K. McCarthy, of New York City, for respondents.

PER CURIAM. The order appealed from should be affirmed, with $10 costs and disbursements, with leave to the defendant to apply at Special Term to be allowed to serve an amended answer, upon presenting to the court an answer which sets up some defense to the complaint, on payment of costs in this court and in the court below.

INGRAHAM, P. J., dissents, on the ground that the allegations of the answer are sufficient to raise an issue, and that there is a good cause of action for a copartnership accounting alleged in the counterclaim.

In re SEARS. (Supreme Court, Appellate Division, Second Department. December 5, 1913.) In the matter of the application of John H. Sears for admission to the bar. No opinion. Application granted.

SEARS v. SOVIE. (Supreme Court, Appellate Division, Third Department. November 26, 1913.) Action by Charles Sears against Daniel P. Sovie. No opinion. Motion denied. See, also, 158 App. Div. 102, 143 N. Y. Supp. 317.

SEIDAK v. FOUNDATION CO. (Supreme Court, Appellate Division, First Department. November 28, 1913.) Action by Charles F. Seidak against the Foundation Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 143 N. Y. Supp. 1143.

SHAPIRO, Appellant, v. AUBKE, Respondent. (Supreme Court, Appellate Division, Second Department. December 5, 1913.) Action by Barnet Shapiro against Theodore Aubke.

PER CURIAM. The court is advised that a settlement has been made, and the motion is granted, without costs.

SHARP v. JUSTICE. (Supreme Court, Appellate Division, First Department. December 5, 1913.) Action by Charles Sharp against Frederick S. Justice. E. J. Treacy, for appellant. R. J. Donovan, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

SHEEHAN, Respondent, v. FRIED et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Action by Norah Sheehan against Bernhard L. Fried and another.

PER CURIAM. Judgment and order unanimously affirmed as to defendant Fried, with costs; as to defendant Silverstone, in view of the special finding of the jury, which we think is against the weight of the evidence, the judgment and order are reversed, and new trial granted, costs to abide the event.

SHERIDAN et al., Respondents, v. McCALLUM, Appellant. (Supreme Court, Appellate Division, First Department. December 31, 1913.) Action by Peter C. Sheridan and others against Lee McCallum. C. G. Macy, of New York City, for appellant. R. Gillette, of New York City, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

SIEBRECHT, Respondent, v. SIEBRECHT, Appellant. (Supreme Court, Appellate Division, Second Department. November 28, 1913.) Action by Julia W. A. Siebrecht against Henry A. Siebrecht, Jr.

PER CURIAM. Interlocutory judgment reversed, and new trial granted, with costs to plaintiff to abide the event, on the ground that there is no sufficient evidence of adulterous act, save on a single occasion at Hawleyville, and as to that the evidence shows that the possible range of vision did not permit the view to which the inculpating witness testified. Hence the